```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
IN RE NONJUDICIAL CIVIL FORFEITURE :
PROCEEDING REGARDING $1,101,093.00        STIPULATION AND ORDER
IN UNITED STATES CURRENCY AND 82   :
ASSORTED MONEY ORDERS WITH A TOTAL        19 Misc. 222 (LAP)
VALUE OF $58,199.95 SEIZED ON OR   :
ABOUT November 11, 2018.
                                   :

- - - - - - - - - - - - - - - - - X

WHEREAS, on or about November 11, 2018, the Drug Enforcement Administration (the "DEA") seized $1,101,093.00 in United States currency and 82 assorted money orders with a total value of $58,199.95 in Secaucus, New Jersey (the "Seized Property") and the DEA initiated an administrative forfeiture proceeding against the Seized Property pursuant to Title 18, United States Code, Section 1956 and Title 21, United States Code, Section 881 by timely sending written notice of its intent to forfeit the Seized Property to all known interested parties;

WHEREAS, on or about January 28, 2019, the DEA received a claim from Navin and Dina Patel (the "Claimants"), asserting an interest in the Seized Property;

WHEREAS, the DEA subsequently referred the matter to the United States Attorney's Office for judicial forfeiture;

WHEREAS, no other party has claimed an interest in the Seized Property;

1

WHEREAS, on or about April 29, 2019, the Court entered a Stipulation and Order wherein the Claimants, agreed to an extension of the deadline for the Government to file a complaint against the Seized Property no later than May 29, 2019;

WHEREAS, on or about May 29, 2019, the Court entered a Stipulation and Order wherein the Claimants, agreed to an extension of the deadline for the Government to file a complaint against the Seized Property no later than August 29, 2019;

WHEREAS, Title 18, United States Code, Section, 983(a)(3)(A) provides that, "[n]ot later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a Court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to Title 18, United States Code, Section, 983(a)(3), the United States is required to file a civil complaint to forfeit the Seized Property no later than August 29, 2019;

WHEREAS, the Claimants, through counsel, Alan G.

Peyrouton, Esq., have consented to an additional 60-day extension of the deadline for the Government to file a complaint against the Seized Property;

WHEREAS, Alan G. Peyrouton, Esq., attorney for the Claimants, represents and warrants that he is authorized to execute this Stipulation on behalf of his clients, Navin and Dina Patel; and

WHEREAS, the Government requests an extension of 60 days to file a complaint from August 29, 2019 to October 29, 2019;

[THE REMAINDER OF THIS PAGE HAS BEEN LEFT BLANK INTENTIONALLY]

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the aforementioned parties and pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the time in which the Government is required to file a complaint for forfeiture of the Seized Property is extended from August 29, 2019, up to and including October 29, 2019.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____  8/25/2019
SEBASTIAN A. SWETT                   DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel.: (212) 637-6522

By: _____  Aug 26, 2019
ALAN G. PEYROUTON, ESQ.              DATE
Attorney for Navin Patel
and Dina Patel

SO ORDERED:

_____  9/3/19
HONORABLE LORETTA A. PRESKA         DATE
UNITED STATES DISTRICT JUDGE